**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
501 POTTER STEWART U.S. COURTHOUSE
100 EAST FIFTH STREET
CINCINNATI, OHIO 45202-3988

**Kelly L. Stephens**                                                                 **513-564-7000**
**Clerk**


July 30, 2026

Philip Lee Ellison
Zachary A. Risk
Gallant Fish
Douglas J. Curlew
Charles Allen Lawler
Magy Shenouda
Cynthia M. Filipovich

Re:  Case No. 22-1919, *Michael Pung v. Peter M. Kopke, et al.*

Dear Counsel,

In light of the Supreme Court's remand, the court requests supplemental briefs from the parties addressing the following issues (with appropriate citations to the record): (1) what claims concerning the procedural fairness of the seizure and sale did the appellant assert in this case, and (2) whether arguments regarding those claims were properly preserved on appeal in this court. See *Pung v. Isabella County*, 609 U.S. ----, 146 S. Ct. 1964, 1972-73 (2026).

The appellant's supplemental brief addressing those issues shall be filed by August 20, 2026, and the appellees' supplemental brief shall be filed by September 10, 2026. Each brief is limited to 20 double-spaced pages. The appellant may file a reply brief, limited to 10 double-spaced pages, within 14 days after service of the appellees' supplemental brief.


Sincerely,

Kelly L. Stephens
Clerk